RECEIVED
AUG 01 2025
D.C.

July 28, 2025

Carrion V. Kopp et al /
Assigned to Judge
Kenneth M. Karas
Cause: 42 1983 Prisoner Civil Rights

Secound letter motion for the above
following Civil Action / Carrion V. Kopp
et al (be heard.)
Also to inform all Defendant's
that I wish to go for trail.)
Three witness need to be deposed
and to be ready for said trail.)
Also that I be appointed Counslor
for said trail. Also I am no
Longer at the Central New York
Psych Center P.O. Box 300 Marcy
New York for treatment.) I am at
the Marcy Correctional Facility RM
HU, area.)
These requst are to the magistrate
Judge Paul E. Davison let all defenda
nt again know that this case is not
over and needs to go to trail.)

Respectfully Submitted
Plaintiff Pro-Se

CC: file



**MARCY CORRECTIONAL FACILITY**
BOX 3600
MARCY, N.Y. 13403-3600

NAME: Gilbert Carrion    DIN: 10A35D

RmHu. B1-24.)

RECEIVED
AUG 01 2025
U.S.D.C.
W.P.

LEGAL MAIL

NEOPOST
07/28/2025
US POSTAGE

To: The Clerk of the
Court For

Magistrate Judg Paul E. Davison
Assigned Judge Kenneth M. Karas
United States District Court
Southern District of New York U.S. Court
house 300 Quarropos Building
White Plains, New York 10601

In light of the suggestion of Plaintiff's death on the record (Dkt. No. 37) and pending Plaintiff's next-of-kin electing to continue this Action pursuant to Fed. R. Civ. P. 25(a)(1) (see Dkt. No. 40, informing Plaintiff's next-of-kin of this Action), Plaintiff's motion (Dkt. No. 30) is denied without prejudice.

So ordered.

2/25/2026



NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Gilbert Carrion (DIN: 10A3351)
Rm/tu. B1-24)

Printed On Recycled Paper