UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERT VARTECON CARRION,<br><br>                    Plaintiff,<br>     v.<br><br>MARILYN KOPP, *et al.*,<br><br>                    Defendants. | No. 22-CV-9445 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

On January 28, 2026, Defendants filed a suggestion of death on the record as to Plaintiff. (*See* Suggestion of Death (Dkt. No. 37).)  Plaintiff's next of kin was notified of this Action shortly after.  (*See* Letter from Defs. to Ct. (dated Jan. 30, 2026) (Dkt. No. 39); Memo Endorsement (Dkt. No. 40).)  More than 90 days have elapsed and no motion for substitution has been filed.  (*See* Dkt.)  Accordingly, the Court dismisses this Action without prejudice.  *See* Fed. R. Civ. P. 25(a)(1) ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. . . . If the motion [for substitution] is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."); *Unicorn Tales, Inc. v. Banerjee*, 138 F.3d 467, 470–71 (2d Cir. 1998) (affirming dismissal where no timely motion for substitution was made after suggestion of death).  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 14, 2026
            White Plains, New York

                                                                          KENNETH M. KARAS
                                                                          United States District Judge